IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THE OLGA J. NOWAK IRREVOCABLE TRUST, | § § § § | No. 254, 2022 |
| Plaintiff Below, Appellant, | § § § § | Court Below—Court of Chancery of the State of Delaware |
| v. | § § | C.A. No: 2021-0830 |
| VOYA FINANCIAL, INC., SECURITY LIFE OF DENVER INSURANCE COMPANY, | § § § § | |
| Defendants Below, Appellees. | § § | |

Submitted: January 11, 2023
Decided: January 23, 2023

Before **SEITZ**, Chief Justice; **VAUGHN** and **TRAYNOR**, Justices.

## <u>ORDER</u>

This 23rd day of January, 2023, after consideration of the argument of counsel, the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its June 30, 2022 Memorandum Opinion and Order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice